# **<u>Exhibit A</u>**

**Unauthorized Reproductions of the *Social Battery Pin* Original Design Displayed and Sold on the Shein Website and Shein Mobile App**

| SKU: sg2308039355721048 |
| --- |



| SKU: sg2308039355757457 |
| --- |



SKU: sg2308039355770028



SKU: sj2307083237380500



SKU: sj2307083237355907





| SKU: sj2310258012966117 |
| --- |



SKU: sj2310258012921001



SKU: sj2305241691982186



SKU: sj2305241691914145



| SKU: sj2305241691922722 |
|---|
|  |

SKU: sj2305241691942112



SKU: sj2306271922174775



SKU: sj2306271922188584



| SKU: sj2311113613226782 |
|---|
|  |

| SKU: sj2306283223369683 |
|---|



| SKU: sj2309107097426640 |
| --- |



| SKU: sj2309107097476368 |
| --- |



SKU: sc2306262855542665



SKU: sc2306262855554513



| SKU: sc2306262855573233 |
|---|
|  |

SKU: sj2312065707717300



SKU: sg2309095961900019



SKU: sj2310162908952262



| SKU: sl2310199719358306 |
|---|





| SKU: sh2308028084618145 |
| --- |



SKU: sh2308313467894400



SKU: sj2401071827497994



SKU: sg2307104344833955



| SKU: sh2307048318900241 |
| --- |



SKU: sl2310187389851050



SKU: sg2307057487456368



| SKU: sh2306063403033242 |
|---|
|  |

| SKU: sg2307104344878470 |
| --- |



| SKU: sj2402197733174424 |
|---|
|  |

| SKU: sj2312218837483390 |
| --- |



| SKU: sr2311045468364943 |
| --- |



SKU: sk2312246692169259



| SKU: sc2306262855529343 |
| --- |



SKU: sk2308177797519198



| SKU: sg2308242243632172 |
| --- |



SKU: sg2308242243691929



SKU: sj2310162908995563



| SKU: sl2310182350488606 |
|---|
|  |

| SKU: sc2307083515477383 |
| --- |



SKU: sg2310244484262466



SKU: sj2306265141655333



SKU: sh2307220134168180



| SKU: sj2308041555455294 |
| --- |



SKU: sj2306253463568944



SKU: sk2312220264252722



| SKU: sh2308101525266626 |
|---|



| SKU: sc2311104229366219 |
| --- |
|  |

| SKU: sj2310224410342452 |
| --- |
|  |

SKU: sh2307218747102632



SKU: sh2306287693456959



SKU: sc2306079114923995



SKU: sc2310123791996114



| SKU: sc2310096839364113 |
|---|



SKU: sc2310308518047904



| SKU: sh2307128541000266 |
| --- |



| SKU: sl2310187389818300 |
|---|



| SKU: sc2309150325235135 |
| --- |



SKU: sc2310123791966404



SKU: sc2310233359806633



SKU: sh2309159121071165



| SKU: sh2306278393148176 |
| --- |



SKU: sh2309235581819467





*Detail of Infringing Product*

SKU: sj2311070757211131



| SKU: sc2309212538749681 |
| --- |



SKU: sh2307128541060600



SKU: sj2311102978538928



| SKU: sc2306246942244314 |
| --- |



| SKU: sj2310224410371236 |
| --- |



| SKU: sj2312108002381106 |
| --- |



SKU: sl2310134616673011



| SKU: sc2309273058258699 |
|---|
|  |

SKU: sh2310121117498875



SKU: sh2306278393184279



SKU: sj2311204757295620



SKU: sc2309212652662653



| SKU: sl2310154448815611 |
| --- |



| SKU: sj2311070757214995 |
| --- |



SKU: sc2310136711541165



SKU: sj2310172535844898



SKU: sc2310182877018868



SKU: sh2306294351264834







| SKU: sj2311229189238131 |
| --- |



| SKU: sj2312036618141777 |
| --- |



SKU: sk2312220264222593



SKU: sc2310308518055498



SKU: sl2308118176670770



SKU: sr2311045468335573



| SKU: sc2306262855578363 |
| --- |



SKU: sh2307129594674396



SKU: sh2312269815548728



SKU: sc2311104229384686



SKU: sj2401071827466807



SKU: sj2310258012918826



| SKU: sj2401071827443255 |
| --- |



SKU: sj2310206909272111



SKU: sj2310258012982086



| SKU: sj2310224410371426 |
|---|



| SKU: Unknown[1] |
| --- |
|  |

[1] This infringing product is or was sold on the Shein Website at https://us.shein.com/My-Social-Battery-Interactive-Enamel-Pin-Funny-Mood-Slidable-Badge-Brooch-For-7-Days-Mood-Expressing-Pin-p-21310999-cat-2156.html.

SKU: sc2402222052224032





*Detail of Infringing Product*

SKU: sh2403064765373008



SKU: sc2312216595685105



SKU: sj2308105055992217



| SKU: sg2306205685051883 |
| --- |
|  |

SKU: sj2401071827406551



SKU: sk2403138987742890



SKU: sk2403138987707937



SKU: sk2403111126362813



SKU: sk2403137986888189



SKU: sk2403137986890680



| SKU: sk2403137986816885 |
| --- |



SKU: sk2403137986876455



SKU: sk2403137986879686



SKU: sj2403139924254546



| SKU: sk2403172280013113 |
| --- |



| SKU: sr2403195668728418 |
|---|
|  |

SKU: sr2403195668786919



SKU: sj2403272800123374



| SKU: sc2404129551567558 |
|---|



SKU: sj2404103143498118



SKU: sc2403141438197144



SKU: sk2404016533967974



| SKU: sk2403314025432082 |
| --- |



| SKU: sk2403314025473166 |
| --- |



SKU: sk2403314025407880



| SKU: sh2403234351013582 |
|---|



SKU: sc2404052303893330



SKU: sj2404106493410348



SKU: sc2404078994336686



SKU: sc2404076558182622



SKU: sk2403313134317509



| SKU: sk2403313134315517 |
| --- |



| SKU: sk2403313134312973 |
|---|
|  |

SKU: sk2403313134333489



| SKU: sk2403313134394249 |
|---|
|  |

| SKU: sk2403313134328719 |
|---|
|  |

| SKU: sj2404102423562664 |
|---|
|  |

| SKU: sc2404225947199791 |
|---|
|  |

SKU: sc2404124441814916



| SKU: sc2309273058266646 |
| --- |
|  |

SKU: sc2310165822234148



SKU: sc2309150325201757



SKU: sc2308311917377786



SKU: sj2307275709056856



| SKU: sg2306192242734730 |
| --- |



| SKU: sj2306306536276663 |
|---|
|  |

SKU: sj2401071827466742



| SKU: sc2310233359833980 |
|---|
|  |