# **<u>Exhibit B</u>**

# Unauthorized Reproductions of the *Mood Tracker Sliding Enamel Pin* Original Design Displayed and Sold on the Shein Website and Shein Mobile App

| SKU: sg2308039355755580 |
|---|





























2.2cm*5.2cm

















































5.2*2cm 7g









*Detail of Infringing Product*



























































