UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ATELIER EUMORI,                                              :
                                                             :
                                    Plaintiff,               :
                                                             :
            -against-                                        :
                                                             :   24-CV-3531 (VEC)
ROADGET BUSINESS PTE. LTD., a Singapore                      :
private limited company; SHEIN DISTRIBUTION                  :   ORDER
CORPORATION, a Delaware corporation; SHEIN                   :
US SERVICES, LLC, a Delaware limited liability               :
company; SHEIN TECHNOLOGY LLC, a                             :
Delaware limited liability company; and FASHION              :
CHOICE PTE. LTD., a Singapore private limited                :
company,                                                     :
                                                             :
                                                             :
                                    Defendants.              :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS pursuant to the Court's December 9, 2024, Order (Dkt. 43), Defendants submitted to the Court samples of the screenshots they have produced to Plaintiff over the course of this litigation, which show vendors' responses to the questions posed to them in Defendants' online portal;

      WHEREAS Plaintiff does not dispute that Defendants have produced similar screenshots for all of the products at issue in this case. Transcript of December 2, 2024, Teleconference, Dkt. 40, at 12:24–13:4; and

      WHEREAS the Court noted at the December 2, 2024, teleconference that, if the screenshots in fact contained the information that Defendants represented they contained, Defendants would not be obligated to provide direct or offline access to the vendor portal. *Id.* at 13:5–14:7; 14:15–23; 15:19–22.

IT IS HEREBY ORDERED that, because the discovery produced by Defendants appears to contain the information that they represented it contains during the December 2, 2024, teleconference, Defendants are not required to provide direct or offline access to the vendor portal.

**SO ORDERED.**

Date:  **December 10, 2024**
**New York, New York**

_____
**VALERIE CAPRONI**
**United States District Judge**