UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ATELIER EUMORI,

                            Plaintiff,

            -against-

ROADGET BUSINESS PTE. LTD., a Singapore private limited company; SHEIN DISTRIBUTION CORPORATION, a Delaware corporation; SHEIN US SERVICES, LLC, a Delaware limited liability company; SHEIN TECHNOLOGY LLC, a Delaware limited liability company; and FASHION CHOICE PTE. LTD., a Singapore private limited company,

                           Defendants.
-------------------------------------------------------------- X

24-CV-3531 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

    IT IS HEREBY ORDERED that the conference currently scheduled for January 10, 2025, is ADJOURNED to **Friday, January 17, 2025, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

**SO ORDERED.**

Date: January 6, 2025
       New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**