UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ATELIER EUMORI, :
:
                              Plaintiff, :
:
              -against- :
:    24-CV-3531 (VEC)
ROADGET BUSINESS PTE. LTD., a Singapore :
private limited company; SHEIN DISTRIBUTION :    ORDER
CORPORATION, a Delaware corporation; SHEIN :
US SERVICES, LLC, a Delaware limited liability :
company; SHEIN TECHNOLOGY LLC, a :
Delaware limited liability company; and FASHION :
CHOICE PTE. LTD., a Singapore private limited :
company, :
:
:
                            Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

     IT IS HEREBY ORDERED that the conference scheduled for tomorrow, January 17, 2025, will take place in Judge Caproni's new courtroom: Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

Date: **January 16, 2025**
      **New York, New York**

                                                          **VALERIE CAPRONI**
                                                    **United States District Judge**