UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ATELIER EUMORI,                                            :
                                                           :
                           Plaintiff,     :
                                                           :
           -against-                                 :
                                                           :      24-CV-3531 (VEC)
ROADGET BUSINESS PTE. LTD., a Singapore                    :
private limited company; SHEIN DISTRIBUTION                :      <u>ORDER</u>
CORPORATION, a Delaware corporation; SHEIN                 :
US SERVICES, LLC, a Delaware limited liability             :
company; SHEIN TECHNOLOGY LLC, a                           :
Delaware limited liability company; and FASHION            :
CHOICE PTE. LTD., a Singapore private limited              :
company,                                                   :
                                                           :
                                                           :
                         Defendants.    :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on January 17, 2025, the parties appeared for a status conference.

      IT IS HEREBY ORDERED that Defendants must file their motion for summary judgment (not to exceed 8,750 words) not later than **Friday, March 7, 2025**. Plaintiff must file a consolidated response to Defendants' motion and cross-motion for summary judgment (not to exceed 17,500 words) not later than **Friday, April 4, 2025**. Defendant must file a consolidated reply in further support of its motion and response to Plaintiff's cross-motion (not to exceed 12,250 words) not later than **Friday, May 2, 2025**. Plaintiff must file a reply in further support of its cross-motion (not to exceed 3,500 words) not later than **May 16, 2025**.

      The parties are advised to review closely Rules 4(C) and 4(G) of the Undersigned's Individual Practices in Civil Cases. Failure to comply with the Individual Practices will result in dismissal of the motions without prejudice.

**SO ORDERED.**

Date: **January 17, 2025**
**New York, New York**

                                                **VALERIE CAPRONI**
                                            **United States District Judge**