

**KUSHNIRSKY GERBER PLLC**
27 UNION SQUARE WEST, SUITE 301
NEW YORK, NY 10003
kgfirm.com

O:   (212) 882-1320
F:   (917) 398-1487

June 26, 2025

<u>**Via ECF**</u>

The Honorable Valerie E. Caproni
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *Atelier Eumori v. Roadget Bus. Pte. Ltd. et al.*, Case No. 1:24-cv-3531 – Request for Extension of Time for Plaintiff to File Reply in Further Support of its Cross-Motion for Summary Judgment

Dear Judge Caproni,

      We represent Plaintiff Atelier Eumori ("Plaintiff"). We file this letter pursuant to Section 2(C) of Your Honor's Individual Practices in Civil Cases to request a two-week extension of time to file Plaintiff's reply in further support of its cross-motion for summary judgment. Defendants have consented to Plaintiff's extension request.

      Plaintiff's counsel requests this extension pursuant to the recommendation of Magistrate Judge Wang so that the parties can focus on settlement. The parties have been working diligently toward settlement over the past couple of weeks with Judge Wang's assistance and have made significant progress toward resolving this case. The parties have a settlement call with Judge Wang later this afternoon. *See* ECF No. 86.

      The previous due date for Plaintiff's filing is June 27, 2025. *See* ECF No. 68. This is Plaintiff's first request for an extension of time to file this reply and Defendants have consented to Plaintiff's request.

      The parties have discussed and agree on the following revised briefing schedule:

- Plaintiff's reply in further support of its cross-motion: Friday**, July 11, 2025.**

Plaintiff respectfully requests that the Court so order this revised schedule.

1

2

          Respectfully submitted,

          Ilya Kushnirsky
          KUSHNIRSKY GERBER PLLC
          27 Union Square West, Suite 301
          New York, New York 10003
          (212) 882-1320
          ilya@kgfirm.com
          *Attorneys for Plaintiff Atelier Eumori*